# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0142.  STEPHEN MICHAEL WEIHROUCH v. THE STATE.**

In October 2012, Stephen Michael Weihrouch pled guilty to several offenses, including theft by bringing stolen property into the State. Weihrouch subsequently filed a motion to withdraw his guilty plea, which the trial court denied on the basis that it was filed after the term of court in which sentence was entered.  Weihrouch filed this application for discretionary appeal.

The denial of a motion to withdraw a guilty plea may be appealed directly. See *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008). Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed.  See OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).

Although Weihrouch included a copy of the trial court's order with his application, it was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e). Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement. See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, on November 13, 2014, we ordered Weihrouch to supplement his application within ten days with a stamped "filed" copy of the order to be appealed. We provided that failure to comply with this directive would result in dismissal of the

application. Weihrouch has not submitted a stamped "filed" copy of the order, and more than ten days have passed since the November 13, 2014 order. Accordingly, Weihrouch's application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,_____12/04/2014_____*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*